**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,

                              Petitioners,                        25 **CIVIL** 2557 (VM)

          -against-                                         **JUDGMENT**

DAME CONTRACTING, INC.,

                              Respondent.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated May 5, 2025, Petition of Trustees of the New York City District Council of Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship, Journeyman Retraining, Educational and Industry Fund, Trustees of the New York City Carpenters Relief and Charity Fund, and the Carpenter Contractor Alliance of Metropolitan New York (collectively, "Petitioners") for confirmation of the Opinion and Default Award dated November 15, 2024 (the "Arbitration Award") is GRANTED IN PART and DENIED IN PART; it is further ORDERED that judgment against respondent Dame Contracting, Inc. ("Respondent") is entered in the amount of $2,774,039.72, plus pre-judgment interest from November 15, 2024, the date of the Arbitration Award, through the date of the judgment at an

annual rate of 10.5 percent per annum in the amount of $137,257.97; it is further ORDERED that Respondent shall make its books and records available to Petitioners within thirty (30) days for the purposes of an audit in compliance with the Arbitration Award; it is further ORDERED that Petitioners are awarded $1,408.50 in attorneys' fees arising out of this proceeding; it is further ORDERED that Petitioners request for $131.75 in costs arising out of this proceeding is denied for lack of documentation; and it is further ORDERED that the Clerk of Court award Petitioners post-judgment interest that will accrue at the statutory rate pursuant to 28 U.S.C. § 1961 from the date of entry of this judgment until the judgment is paid; accordingly, the case is closed.

**Dated**: New York, New York
May 6, 2025

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

BY:   _____
**Deputy Clerk**